# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | | |
|---|---|---|
| JAMES HUGH OTWELL AND CARRIE OTWELL | * | CIVIL ACTION NO. 3:18-00523 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| SIDNEY HUTCHISON AND NATIONAL FIRE AND MARINE INSURANCE COMPANY | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that plaintiff's motion to remand [Doc. No. 9] is **DENIED.**

MONROE, LOUISIANA, this 11th day of July, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE